UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ARSHAD MUHAMMAD,

               Petitioner,

    v.

ICE FIELD OFFICE DIRECTOR, et al.,

               Respondent.

CASE NO. 2:26-cv-01303-RSM

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**

Petitioner has submitted an application to proceed *in forma pauperis*, which demonstrates an inability to pay the $5.00 filing fee. The Court thus **GRANTS** petitioner's application. Dkt. 3. The Clerk is directed to (1) file petitioner's habeas corpus petition without the prepayment of fees, and (2) send a copy of this Order to petitioner and the assigned District Judge.

DATED this 27th day of May, 2026.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1